IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAKOTA HOLT, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:19-cv-3109-AT |
| ARHA CORPORATION, | : |
| Defendant. | : |

## **ORDER**

On October 4, 2019, plaintiff filed a Notice of Settlement upon the docket.

As no matters remain pending before this court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE**[1] this action. The parties are directed to file a stipulation of dismissal by December 4, 2019. In the event that settlement is not consummated by that time, the Parties may move to reopen this action.

---

[1] Administrative closure of a case is a docket control device used by the Court for statistical purposes. This order does not prejudice the rights of the parties to litigation in any manner.

It is so **ORDERED** this 4th day of October, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**